# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

142196-7

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

In re SAMUEL GENTILE TRUST.

_____

JOHN CARLESIMO,
        Appellant,

v

JOHN GRAYBILL,
        Appellee.

_____/

SC: 142196-7
COA: 291938, 294015
Livingston Probate Court:
    2008-009868-TT

     On order of the Court, the application for leave to appeal the October 21, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

_____
Clerk

y0829